THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-01425 |
| | § | (JURY) |
| PITA PAL INDUSTRIES, INC., | § | |
| MELISSA NAVON, INDIVIDUALLY, | § | |
| and JOSEPH NAVEN, | § | |
| INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | COLLECTIVE ACTION |

PLAINTIFF'S REQUEST FOR TRIAL BY JURY

Plaintiff Jesus Gonzalez ("Gonzalez"), pursuant to Rule 38 of the Federal Rules of Civil Procedure, timely file this Request for Trial by Jury.

Respectfully submitted,

_____
Mark Siurek
TBA# 18447900
Fed ID# 9417
3334 Richmond Avenue, Suite 100
Houston, Texas  77098
713-522-0066 (telephone)
713-522-9977 (fax)
msiurek@warrensiurek.com

ATTORNEY-IN-CHARGE FOR AGUEROS

OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
TBA# 09281925
Fed ID# 13941
3334 Richmond Avenue, Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
thaylon@warrensiurek.com

CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing was sent to the following by certified mail on April 20th, 2011, properly addressed as follows:

Pita Pal Industries, Inc.
c/o Registered Agent, Melissa Navon
Melissa Navon, Individually
Joseph Navon, Individually
941 W. 18th Street
Houston, Texas 77008

_____
Mark Siurek