THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-01425 |
| | § | (JURY) |
| PITA PAL INDUSTRIES, INC., | § | |
| MELISSA NAVON, INDIVIDUALLY, | § | |
| and JOSEPH NAVEN, | § | |
| INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | COLLECTIVE ACTION |

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Jesus Gonzalez ("Gonzalez") files this his Certificate of Interested Persons as follows:

1. Jesus Gonzalez
   c/o Mark Siurek
   Warren & Siurek, L.L.P.
   3334 Richmond Avenue, Suite 100
   Houston, Texas 77098
   Plaintiff

2. Mark Siurek
   Warren & Siurek, L.L.P.
   3334 Richmond Avenue, Suite 100
   Houston, Texas 77098
   Attorney-in-Charge for Gonzalez

3. Patricia Haylon
   Warren & Siurek, L.L.P.
   3334 Richmond Avenue, Suite 100
   Houston, Texas 77098
   Of Counsel for Gonzalez

4. Pita Pal Industries, Inc.
   c/o Registered Agent, Melissa Navon
   941 W. 18th Street
   Houston, Texas 77008
   Defendant

5. Melissa Navon
   941 W. 18th Street
   Houston, Texas 77008
   Defendant

6. Joseph Navon
   941 W. 18th Street
   Houston, Texas 77008
   Defendant

7. At this time, Gonzalez is not aware of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than those persons identified above.

Respectfully submitted,

_____
Mark Siurek
TBA# 18447900
Fed ID# 9417
3334 Richmond Avenue, Suite 100
Houston, Texas  77098
713-522-0066 (telephone)
713-522-9977 (fax)
msiurek@warrensiurek.com

ATTORNEY-IN-CHARGE FOR GONZALEZ

OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
TBA# 09281925
Fed ID# 13941
3334 Richmond Avenue, Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
thaylon@warrensiurek.com

CERTIFICATE OF DELIVERY

    I hereby certify that a true and correct copy of the foregoing Plaintiff's Certificate of Interested Persons was sent to the following by certified mail on April 20th, 2011, properly addressed as follows:

Pita Pal Industries, Inc.
c/o Registered Agent, Melissa Navon
Melissa Navon, Individually
Joseph Navon, Individually
941 W. 18th Street
Houston, Texas 77008

_____
Mark Siurek